IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH BILBIJA and ROBERT BILBIJA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:16-cv-02124-TWP-MJD ) ) |
| CHRISTOPHER T. LANE, | ) ) |
| Defendant. | ) |

### PROPOSED *VOIR DIRE*

Comes now the defendant, by counsel, and pursuant to the Court's instructions at the final pretrial conference, submits the following proposed *voir dire* questions for consideration by the Court and to be included in the Court's *voir dire* if the subject matters indicated below are not included in the Court's proposed *voir dire*.

1. Whether any prospective juror has ever filed a complaint or made any other sort of claim (disciplinary or otherwise) against a practicing attorney.

2. Whether any prospective juror has employed an attorney in the past.

3. Whether any prospective juror is currently working with an attorney regarding any type of legal services.

4. Whether any prospective juror has worked in any position involving commercial or consumer collections.

5. Whether any prospective juror has worked in any position involving secured transactions.

6. Whether any prospective juror has worked in any position concerning pension plan administration.

7. Whether any prospective juror holds any bias against attorneys generally.

8. Whether any prospective juror has ever worked for an attorney or been employed in a law office.

9. Whether any prospective juror has ever been employed in any office handling legal affairs for any business entity.

10. Whether any prospective juror has ever studied law at any educational level (community college, college, postgraduate education or as a part of any particular field of endeavor such as real estate sales, commercial lending, banking etc.)

11. Whether any prospective juror has any familiarity with bankruptcy filings and procedures.

                                        Respectfully submitted,

Date: June 21, 2018                /s/ Briane M. House
                                        Briane M. House, Atty. No. 8287-30
                                        Skiles Detrude
                                        150 East Market Street, Suite 200
                                        Indianapolis, Indiana 46204
                                        bhouse@skilesdetrude.com
                                        (317) 321-2407
                                        (317) 321-2414 (FAX)

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served via ECF on June 21, 2018 to all counsel of record.

                                      /s/ Briane M. House
                                      Briane M. House