IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH BILBIJA and ROBERT BILBIJA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 1:16-cv-2124-TWP-MJD ) |
| CHRISTOPHER T. LANE, | ) ) |
| Defendant. | ) |

### PLAINTIFF'S PROPOSED VOIR DIRE

Come now the Plaintiffs, by counsel, and pursuant to the Court's instructions at the final pretrial conference, submit the following proposed *voir dire* questions for consideration by the Court to be included in the courts *voir dire* if the subject matters indicated below are not included in the Court's proposed *voir dire*. Plaintiffs have no objection to the questions proposed by the Defendant.

1. Are you in any way (blood or marriage) related to an attorney?

2. Have you ever held a professional license?

    a. If so, please state

        i. each type of license held;

        ii. date(s) of licensure; and

        iii. state(s) of licensure.

3. Have you ever sued or been sued?

    a. If so, when, what was the general nature of the claim, and how was it resolved?

4. Have you ever borrowed or loaned money privately (no financial institution involved)?

    a. If so,

        i. Was the obligation reduced to writing?

        ii. was the money repaid as agreed?

            1. If not, how was the debt resolved?

Respectfully submitted,
*THE NICE LAW FIRM, LLP.*

/s/ Robert J. Nice
Robert J. Nice, Atty. #10466-49
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been duly served upon the following via E-Service this 28th day of June, 2018:

Briane House, counsel for Defendant

/s/ Robert J. Nice
Robert J. Nice, Atty.

ROBERT J. NICE, ATTORNEY AT LAW
*THE NICE LAW FIRM, LLP.*
1311 W. 96th Street, Suite 200
Indianapolis, IN 46260-1176
(p) 317-269-3500 | (f) 855-582-7900
rjnice@nicelawfirm.com